IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 8 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00384-BNB

SCOTT P. HEDDINGS,

	Plaintiff,

v.

RENE GARCIA, Warden,
RUSS TABOR, Unit Manager,
ROBERT FRENCH, Case Manager,
MR. ESPINOZA, Records Manager, and
FCI ENGLEWOOD MAIL ROOM STAFF (Unknown Names),

	Defendants.

## ORDER OF DISMISSAL

	Plaintiff, Scott P. Heddings, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the Federal Correctional Institution in Littleton, Colorado. Mr. Heddings attempted to initiate this action by submitting *pro se* a motion for a preliminary injunction and/or temporary restraining order, supporting memorandum, motion for appointment of counsel, and prisoner's motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915. He cured a deficiency in the case on March 8, 2011, by filing a civil rights complaint pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971).

	On March 10, 2011, Mr. Heddings was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, and ordered to pay an initial partial filing fee of $29.00 within thirty days or show cause as directed why he was unable to do so. Mr.

Heddings has failed, within the time allowed, to pay the initial partial filing fee, show cause why he is unable to do so, or otherwise communicate with the Court in any way.

Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Scott P. Heddings, within the time allowed, to pay the initial partial filing fee or show cause why he is unable to do so, and for his failure to prosecute.  It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this __18th__ day of ___April___, 2011.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00384-BNB

Scott P. Heddings
Reg No. 09156-046
FCI - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on April 18, 2011.

                                                     GREGORY C. LANGHAM, CLERK

                                        By: _____
                                                      Deputy Clerk